■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR CORREA, Appellant. [879 NYS2d 69]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J., at suppression hearing; Edwin Torres, J., at plea and sentence), rendered January 16, 2007, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's well-reasoned and detailed findings of facts and credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d

759, 761 [1977]). The People established, by clear and convincing evidence, that an occupant of the apartment consented to the police entry (*see People v Gonzalez*, 39 NY2d 122 [1976]). The evidence also supported the court's alternative finding that the officers' entry was justified under the emergency doctrine (*see People v Mitchell*, 39 NY2d 173, 177-178 [1976], *cert denied* 426 US 953 [1976]).

The surcharges and fees were properly imposed (*see People v Guerrero*, 12 NY3d 45 [2009]). Concur—Gonzalez, P.J., Buckley, Catterson, McGuire and Renwick, JJ.